# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136445

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DESMOND MATTHEWS,
          Defendant-Appellant.

SC: 136445
COA: 283680
Saginaw CC: 98-015720-FC

_____/

        On order of the Court, the application for leave to appeal the April 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

d0721